IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHOE REGIONAL PLANNING AGENCY,

    Plaintiff,                                      CIV. NO. S- 05-0300 WBS GGH

vs.

STUART MCDONALD,

    Defendant.                                 ORDER

_____/

        Plaintiff's motion for default judgment presently is calendared for hearing on December 8, 2005. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record. See E.D. Cal. L.R. 78-230(h).

        Accordingly, IT IS ORDERED that:

        1. December 8, 2005 hearing on the motion for default judgment, filed November 18, 2005, is vacated; and

        2. The motion is submitted on the record.

DATED: 12/2/05

                                                            /s/ Gregory G. Hollows

                                                             GREGORY G. HOLLOWS
                                                              U. S. MAGISTRATE JUDGE

GGH:076:Tahoe0300.vac.wpd