IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TAHOE REGIONAL PLANNING AGENCY,

    Plaintiff,        CIV-S-05-0300 WBS GGH

    vs.

STUART McDONALD,

    Defendant.        ORDER
_____/

  On May 19, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days. No objections were filed.

  Accordingly, the court presumes any findings of fact are correct. See Orland v. United States, 602 F.2d 207, 208 (9th Cir. 1999). The magistrate judge's conclusions of law are reviewed de novo. See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

  The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

\\\\\

1

Accordingly, IT IS ORDERED that:

1. The Proposed Findings and Recommendations filed May 19, 2006, are ADOPTED; and

2. Plaintiff's application for entry of default judgment is GRANTED. Judgment is rendered in the amount of $15,000.00.

DATED: July 3, 2006

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DGE
tahoe.jo